IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MASSEY COAL SALES COMPANY, INC.,

                                                            Plaintiff,

                    v.                                  Civil Action Number 3:08cv790

CEDAR BAY GENERATING COMPANY,
LIMITED PARTNERSHIP,

                                                     Defendant.

## **ORDER**

This matter is before the Court on the plaintiff's motion for an order compelling arbitration and enjoining contract termination pending arbitration. For the reasons stated from the bench, the Court DENIES the plaintiff's motion and STAYS this matter pending arbitration.[1]

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

December 19, 2008                        /s/
DATE                                  RICHARD L. WILLIAMS
                                        SENIOR UNITED STATES DISTRICT JUDGE

---

[1] As such, the defendant need not file its answer to the plaintiff's complaint until arbitration is concluded.